# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN T. REID III, | ) | 8:15CV349 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MICHAEL THURBER, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on its own motion. The Court takes judicial notice of Lancaster County Jail public records, which show that Petitioner has been released from incarceration. *See Stutzka v. McCarville*, 420 F.3d 757, 761, n.2 (8th Cir. 2005) (holding that a court may take judicial notice of public records). Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within thirty days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown. Accordingly,

IT IS ORDERED: Petitioner shall have thirty days to apprise the Court of his current address. Failure to do so will result in dismissal of this matter without prejudice and without further notice. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: February 22, 2016, check for address; dismiss if no update.

DATED this 20th day of January, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge