IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN T. REID, III, | ) | 8:15CV349 |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| MICHAEL THURBER, | ) | |
| Respondent. | ) | |

On January 20, 2016, the court ordered Petitioner to update his address with the court within 30 days or face dismissal of this action. To date, Petitioner has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 4th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge